

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00290-CR

Roberto **ESPARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10325
Honorable Joey Contreras, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  June 13, 2018

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence in the underlying cause on March 21, 2018. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on April 20, 2018. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on May 7, 2018. TEX. R. APP. P. 26.3. Appellant filed a notice of appeal on April 26, 2018 but did not file a motion for extension of time. Because the notice of appeal was untimely filed in this appeal, this court ordered appellant to show cause in writing by May 30, 2018 why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a response.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *Id.* Accordingly, because appellant did not file a timely notice of appeal or request for extension of time to file a notice of appeal, this appeal is dismissed for lack of jurisdiction. *See id.*

PER CURIAM

DO NOT PUBLISH